IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS MARTIN                                                                                    PLAINTIFF

vs.                                         Civil No. 1:12-cv-01057

KENNY CRAIG, *et al*                                                                          DEFENDANTS

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion for Entry of a Judgment by Default. ECF No. 10. Plaintiff filed this motion on October16, 2012. Defendants file a response to this motion on October16, 2012. (ECF No. 11). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Susan O. Hickey referred this motion to this Court for the purpose of making a report and recommendation. This Court, having reviewed Plaintiff's arguments and briefing, recommends Plaintiff's Motion for Entry of a Judgment by Default (ECF No. 10) be **DENIED.**

### 1. Background

On June 7, 2012, Plaintiff filed a Complaint against Defendants. (ECF No. 1). Defendants were served with the Complaint on September 25, 2012. (ECF No. 12). On October 5, 2012, Defendants filed a Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF. No. 8). Plaintiff seeks the entry of a Default based on an argument that Defendants failed to answer the complaint timely. ECF No. 10.

### 2. Discussion

A party has 21 days after being served with the summons and complaint to file an answer. FED. R. CIV. P. 12(a)(1)(i). However, the filing of a Rule 12(b)(6) motion expands the time for answering

a complaint until 14 days after notice of the court's resolution of the Rule 12(b)(6) motion.  *See* FED. R. CIV. P. 12(a)(4).  Because Defendants have filed a Rule 12(b)(6) motion, they will have 14 days after a ruling on this motion in which to answer Plaintiff's Complaint.

### 3. Conclusion

Based upon the foregoing, this Court recommends that Plaintiff's Motion for Entry of Judgment by Default (ECF No. 10) be **DENIED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See  Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 24th day of October 2012.

s/  Barry A. Bryant  
HON. BARRY A. BRYANT  
U. S. MAGISTRATE JUDGE

2