IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS L. MARTIN                                                                                           PLAINTIFF

vs.                                          Civil No. 1:12-cv-01057

KENNY CRAIG, *et al*                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 24, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Bryant recommends that Plaintiff's Motion for Entry of a Judgment by Default, (ECF No. 10), be denied. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation and Plaintiff's Motion for Entry of a Judgment by Default is **DENIED.**

**IT IS SO ORDERED**, this 26th day of November, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge