IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS MARTIN                                                                                           PLAINTIFF

vs.                                            Civil No. 1:12-cv-01057

KENNY CRAIG, *et al*                                                                            DEFENDANTS

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion for Entry of a Judgment by Default as to Defendant Rodney Phillips.  ECF No. 25.  Plaintiff filed this motion on March 4, 2013.  Defendant file a response to this motion on March 7, 2013.  ECF No. 26.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Susan O. Hickey referred this motion to this Court for the purpose of making a report and recommendation.  This Court, having reviewed the parties arguments and briefing, recommends Plaintiff's Motion for Entry of a Judgment by Default (ECF No. 25) be **DENIED.**

### 1. Background

On June 7, 2012, Plaintiff filed a Complaint against Defendants.  ECF No. 1.  Defendant Rodney Phillips was served with the Complaint on December 21, 2012.  ECF No. 24.  On January 3, 2013, Defendant Rodney Phillips filed a Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF. No. 23.  Plaintiff seeks the entry of a Default based on an argument that Defendants failed to answer the complaint timely.  ECF No. 25.

### 2. Discussion

A party has 21 days after being served with the summons and complaint to file an answer.  FED. R. CIV. P. 12(a)(1)(i).  However, the filing of a Rule 12(b)(6) motion expands the time for answering

a complaint until 14 days after notice of the court's resolution of the Rule 12(b)(6) motion.  *See* FED. R. CIV. P. 12(a)(4).  Because Defendants have filed a Rule 12(b)(6) motion, they will have 14 days after a ruling on this motion in which to answer Plaintiff's Complaint.

### 3. Conclusion

Based upon the foregoing, this Court recommends that Plaintiff's Motion for Entry of Judgment by Default (ECF No. 25) be **DENIED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**  *See  Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 11th day of March 2013.**

> s/  Barry A. Bryant
> HON. BARRY A. BRYANT
> U. S. MAGISTRATE JUDGE