IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS MARTIN                                                                                              PLAINTIFF

vs.                                             Civil No. 1:12-cv-01057

KENNY CRAIG, *et al*                                                                                  DEFENDANTS

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is separate Defendants, Double C Construction, Michael Courson, and Kenny Craig's Motion To Dismiss.  ECF No. 8.  Defendants filed this motion on October 5, 2012.  Plaintiff filed a response to this motion on November 2, 2012.  ECF No. 26.  A hearing was held on this matter on March 27, 2013.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Susan O. Hickey referred this motion to this Court for the purpose of making a report and recommendation.  This Court, following the hearing and having reviewed the parties arguments and briefing, recommends separate Defendants, Double C Construction, Michael Courson, and Kenny Craig's Motion To Dismiss (ECF No. 8) be **DENIED** without prejudice.

### 1. Background

On June 7, 2012, Plaintiff filed a *pro se* Complaint against Defendants.  ECF No. 1.  On October 5, 2012, Defendants filed a Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF. No. 8.  Plaintiff responded to this motion on November 2, 2012.  ECF No. 14.  On March 27, 2013 a hearing was on Defendants' Motion To Dismiss.

### 2.  Discussion

Plaintiff is proceeding *pro se* in this action, and his pleadings should be thoroughly analyzed

and liberally construed before his case can be dismissed. *See Miner v. Brackney,* 719 F.2d 954, 955 (8th Cir. 1983). Indeed, "Pro se pleadings are held to a less stringent standard and should not be dismissed unless there is proof 'beyond doubt' that the claimant is without merit." *Id.* To ensure Plaintiff's rights have been protected, this Court held a hearing on this Motion and has carefully evaluated his claims in this case.

Following this hearing, it became evident to the Court that additional information was needed from Plaintiff to fully set forth his claims. As a result, Plaintiff has been ordered to respond to questionnaire from the Court which will be filed as an addendum to his Complaint.

### 3. Conclusion

Based upon the foregoing, this Court recommends that separate Defendants, Double C Construction, Michael Courson, and Kenny Craig's Motion To Dismiss (ECF No. 8) be **DENIED** without prejudice to refiling once the addendum has been filed.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** *See Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 3rd day of April 2013.

                                            s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U. S. MAGISTRATE JUDGE