IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS L. MARTIN                                                        PLAINTIFF

vs.                          Civil No. 1:12-cv-01057

KENNY CRAIG, *et al*                                        DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed April 3, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 32). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 8) be denied. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Defendants' Motion to Dismiss is **DENIED without prejudice.** Defendants may renew their motion once Plaintiff has filed a proper addendum to his Complaint pursuant to the Court's Order on April 3, 2013.

**IT IS SO ORDERED**, this 29th day of April, 2013.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       United States District Judge